## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

UNITED STATES OF AMERICA

v.

RICARDO GUTIERREZ

CRIMINAL NO. 1:18-CR-27-020

## ORDER

On February 24, 2026, the defendant filed a motion found in ECF No. 1074, requesting clarity on recently passed amendments and requesting court appointed counsel. The Court has reviewed the current motion and notes that on January 29, 2024, the Court reduced his sentence from 292 months to 262 months of imprisonment based on a Motion for Sentence Reduction, pursuant to 18 U.S.C. § 3582(c)(2) and was in response to Amendment 821. On May 29, 2024, the defendant filed a second motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). On August 2, 2024, the Court denied his second request, as the defendant had already received the full benefit of the reduction.

The Court has considered the defendant's current motion. At present, no amendment can be applied that would result in a reduction of defendant's sentence. Therefore, after a careful and complete review of the additional information submitted by the defendant; the applicable factors set forth in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission to the extent they are relevant to whether a sentence reduction is warranted (and, if so, the amount of the reduction), the above motion is DENIED.

HONORABLE LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE